**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN GALVAN, | ) | |
| | ) | Case No. 23-CV-03158 |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | |
| | ) | Honorable Judge Matthew Kennelly |
| VICTOR SWITSKI, JAMES HANRAHAN, | ) | Magistrate Judge Young Kim |
| LEROY ALMANZA, MARJORIE O'DEA, | ) | |
| THOMAS JONES, DANIEL | ) | |
| CENTRACCHIO, JAMES CAPESIUS, | ) | |
| TONY JIN, MARK SCHEITHAUER, | ) | |
| ROBERT GALL, JACK LUMSDEN, JOEL | ) | |
| LEIGHTON, THE CITY OF CHICAGO, | ) | |
| and UNKNOWN EMPLOYEES OF THE | ) | |
| CITY OF CHICAGO | ) | |
| | ) | |
| *Defendants.* | | |

## PLAINTIFF'S MOTION TO STRIKE DOCKET ENTRIES 4, 5, 6, 7, and 8

Plaintiff John Galvan, by and through his attorneys, respectfully requests this Court strike several attorney appearances (Dkts. 4-8). In support, Plaintiff states as follows:

1.    On May 19, 2023, Plaintiff inadvertently filed attorney appearances through the incorrect ECF account. (Dkts. 4-8).

2.    Plaintiff respectfully seeks an order from the Court striking docket entries Nos. 4-8, so that the attorney appearances can be refiled with each attorney's ECF credentials so that the appearances can filed in accordance with Local Rule 83.16(b).

WHEREFORE, Plaintiff hereby respectfully requests this Court to enter an order striking their inadvertently filed attorney appearances at Dockets 4-8, from the record, to be refiled in accordance with Local Rule 83.16(b).

Respectfully submitted,


**JOHN GALVAN**

 */s/* Heather Lewis Donnell
*One of the Attorneys for Plaintiff Galvan*

LOEVY & LOEVY
Heather Lewis Donnell
311 N. Aberdeen, 3 Floor
Chicago, Illinois 60607
(312) 243-5900