**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| John Galvan, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 23-cv-3158 |
| ) | |
| Victor Switski, James Hanrahan, Leroy ) | Judge Matthew F. Kennelly |
| Almanza, Marjorie O'Dea, Thomas Jones, ) | |
| Daniel Centracchio, James Capesius, Tony Jin, ) | |
| Alan Osoba, Mark Scheithauer, Ronald Gall, ) | |
| Jack Lumsden, Joel Leighton, the City of ) | |
| Chicago, and unknown employees of the City of ) | |
| Chicago, ) | |
| ) | |
| *Defendants*. ) | |

## AGREED ORDER OF DISMISSAL OF CITY DEFENDANTS

This matter coming before the Court on the Stipulation of Plaintiff, John Galvan, by his attorneys, Loevy & Loevy; Defendant, City of Chicago, by its attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago; and Defendants Victor Switski, Leroy Almanza, Majorie O'Dea, Thomas Jones, Daniel Centracchio, Tony Jin, Alan Osoba, Geri Lynn Yanow, as Special Representative for Mark Scheithauer (deceased), James Hanrahan (deceased), Ronald Gall (deceased), and Jack Lumsden (deceased), and Alan Capesius, as Personal Representative of the Estate of James Capesius, by their attorneys, Hale & Monico LLC, Special Assistant Corporation Counsel, (collectively with the City of Chicago, "City Defendants"); and, the parties having reached agreement to settle this matter and having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

All the claims of Plaintiff, John Galvan, against Defendants City of Chicago, Victor Switski, Leroy Almanza, Majorie O'Dea, Thomas Jones, Daniel Centracchio, Tony Jin, Alan Osoba, Geri Lynn Yanow, as Special Representative for Mark Scheithauer (deceased), James Hanrahan

(deceased), Ronald Gall (deceased), and Jack Lumsden (deceased), and Alan Capesius, as Personal Representative of the Estate of James Capesius, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

ENTERED: _____
Honorable Matthew F. Kennelly
United States District Judge

Date: May 23, 2025